AO 106 (Rev. 04/10) Application for a Search Warrant

AUTHORIZED AND APPROVED/DATE: s/MARY E. WALTERS 1-28-2026

1/28/26

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

FILED JAN 28 2026 JOAN KANE, CLERK U.S. DIST. COURT, WESTERN DIST. OKLA. BY [initials], DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Premises known as 3524 Northwest 28th Street, Oklahoma City, Oklahoma 73107, for the body of Kenyatta Romell Baucom

Case No. M-26- 44 -ALM

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the Western District of Oklahoma, there is now concealed *(identify the person or describe the property to be seized)*:

Kenyatta Romell Baucom, see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☐ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

The application is based on these facts:
See attached Affidavit of Deputy United States Marshal Bryan Trulson, United States Marshal Service, which is incorporated by reference herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: ___________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

BRYAN TRULSON, Deputy U.S. Marshal (USMS)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/28/26

[signature]
*Judge's signature*

City and state: Oklahoma City, Oklahoma

AMANDA L. MAXFIELD, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

**IN THE MATTER OF THE SEARCH )**
**OF 3524 NORTHWEST 28TH STREET, )**
**OKLAHOMA CITY, OKLAHOMA, 73107 )**
**FOR THE BODY OF KENYATTA ROMELL )**
**BAUCOM )**

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH AND SEIZURE WARRANT**

I, Bryan Trulson, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I, Bryan Trulson, am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and am empowered by law to conduct investigations of and to make arrests for offenses as set forth in 18 U.S.C. § 2516.

2. I am a Deputy United States Marshal with the United States Marshals Service (USMS) and completed training at the Federal Law Enforcement Training Center, Brunswick, Georgia, in 2007. Since that time, I have participated in numerous fugitive investigations that have led to arrest.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from records, other

law enforcement agents, witnesses, and other concerned parties. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include each and every fact known to me concerning this investigation.

4. On January 27, 2026, a federal arrest warrant was issued for **KENYATTA ROMELL BAUCOM**, date of birth xx/xx/1980, SSN: xxx-xx-2803, for violating the conditions of his pretrial release issued by the United States District Court for the Western District of Oklahoma, case number CR-25-91-SLP, after probable cause was shown. Pursuant to the federal arrest warrant, I make this Affidavit in support of an Application for a search and seizure of **KENYATTA ROMELL BAUCOM** observed at the following address: 3524 Northwest 28th street, Oklahoma City, Oklahoma, 73107, (See Attachment A) and seize persons described in Attachment B.

**PROBABLE CAUSE**

5. On January 28, 2026, The United States Marshals Service arrived at **KENYATTA ROMELL BAUCOM's** home address, 3524 Northwest 28th Street, Oklahoma City, Oklahoma County, Oklahoma, 73107. I spoke with **BAUCOM**, via cell phone after calling his number, (405) 885-8731. I informed **BAUCOM** on numerous occasions that a federal judge issued an arrest warrant for him, for violating the conditions of his pretrial release and we needed him to exit his residence so he could be arrested and

taken before the federal judge. On numerous occasions, **BAUCOM** stated he was going to get dressed and he would exit his residence. In addition to the phone calls, members of the United States Marshals Service made numerous announcements over a public address system for **BAUCOM**, to exit his residence as he had a federal arrest warrant. On one occasion, **BAUCOM** opened the front door of his house and yelled at law enforcement officers. During the last phone call with **BAUCOM**, he told law enforcement he was not coming out.

6. It is my belief, located inside the residence is **BAUCOM**. Therefore, it is your affiant's request that a Search Warrant be issued for the residence 3524 Northwest 28th Street, Oklahoma City, Oklahoma County, Oklahoma, 73107.

Respectfully submitted,

BRYAN TRULSON
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before me on January 28th, 2026.

HONORABLE AMANDA MAXFIELD
United States Magistrate Judge
Western District of Oklahoma

**ATTACHMENT A**

The residence of 3524 NORTHWEST 28 STREET, OKLAHOMA CITY, OKLAHOMA 73107. A single-family dwelling, with beige siding and white trim, the numbers 3524 are displayed in black numbers placed on a white board hanging above the front door. The property is surrounded by a metal chain link fence. The front door of 3524 Northwest 28th Street faces north.



# ATTACHMENT B

KENYATTA ROMELL BAUCOM

**BIOGRAPHICAL INFORMATION**

| | |
|---|---|
| **DOB: XX-XX-80 (45)** | **Height: 6'0"** |
| **SSAN: XXX-XX-2803** | **Weight: 200** |
| **FBI: 933819PC1** | **Hair Color: Black** |
| | **Eye Color: Brown** |